LAURA SOLOMON, Respondent, *v.* CHARLES SOLOMON, Appellant.

Submitted December 6, 1943; decided January 6, 1944.

Motion for reargument denied (See 290 N. Y. 337).